# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2025

## NO. 03-24-00436-CV

**Alice Byrd, Appellant**

**v.**

**Nationstar  Mortgage, LLC, Appellee**

### APPEAL FROM 207TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
### REVERSED AND REMANDED ON MOTION FOR REHEARING --
### OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on June 11, 2024.  The Court withdraws its previous opinion and judgment issued July 2, 2025, and substitutes the attached opinion and this judgment in their place.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment.  Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion.  Because appellee is indigent and unable to pay costs, no adjudication of costs is made.